## TOM LEWIS v. BABCOCK LUMBER AND LAND COMPANY.

### (Filed 30 December, 1929.)

APPEAL by defendant from *McElroy, J.,* at June Term, 1929, of GRAHAM. No error.

Action to recover damages for personal injury sustained by plaintiff while at work as an employee of defendant.

From judgment on the verdict establishing defendant's liability, and assessing plaintiff's damage at $3,000, defendant appealed to the Supreme Court.

*R. L. Phillips and T. M. Jenkins for plaintiff.*
*A. Hall Johnston for defendant.*

PER CURIAM. Defendant's assignments of error based on its exceptions to the ruling of the court on its objections to evidence offered by plaintiff, and to the instruction of the court with respect to such evidence, cannot be sustained.

The evidence tending to show that defendant was negligent as alleged in the complaint, and that such negligence was the proximate cause of plaintiff's injury was properly submitted to the jury. The judgment is affirmed.

No error.

---

## L. M. COLEMAN v. STATE HIGHWAY COMMISSION.

### (Filed 30 December, 1929.)

APPEAL by defendant from *McElroy, J.,* at April Term, 1929, of CLAY. No error.

*Moody & Moody, D. Witherspoon and Edmund B. Norvell for plaintiff.*
*Charles Ross and J. B. Gray for defendant.*

PER CURIAM. This was a special proceeding before the clerk of the Superior Court of Clay County for an assessment of damage done plaintiff's land by the defendant's appropriation of soil and gravel in the construction of a highway. The issues were answered in favor of the plaintiff, and from the judgment rendered the defendant appealed. We find no error in the exclusion of evidence, and there was no such evidence of general or special benefits as would entitle the defendant to the rejected issue on this point.

No error.